UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Dale A. Drozd        RE:  Cassaundra Monique Davis
United States District Judge        Docket Number:  1:17CR00222-001
Fresno, California        **PERMISSION FOR DISCLOSURE OF INFORMATION PURSUANT TO LOCAL RULE 460(b) AND/OR 461(b)**

Your Honor:

The defendant's attorney, Carol Ann Moses, and the Fresno County Jail mental health provider, Corizon Health, are seeking the disclosure of confidential records maintained by the probation office.

**Specific Records Requested:** Psychiatric diagnostic evaluation, dated January 2, 2017, prepared by Michael S. Barnett, MD.

**Purpose/Need for Release of Information:** The defendant is presently being detained in the Fresno County Jail pending violation proceedings.  The defendant has a mental health condition that has gone untreated, partially as a result of the defendant not advising the jail of her condition and the medical services she was receiving.  This officer contacted the jail to address the issue and was informed she would be moved to the top of the list to be seen.  In an effort to expedite the process, the medical supervisor requested information concerning the defendant's current treatment plan, specifically her last psychiatric evaluation.

**Response to Supervision:**  Minimal

**Recommendation:**  It is respectfully recommended that the United States Probation Officer may release the psychiatric report, dated January 2, 2017, to Corizon Health at the Fresno County Jail and the attorney of record, Carol Ann Moses.  These records may not be disseminated by the receiving parties without a further order of the court.

1

**RE: Cassaundra Monique Davis
Docket Number: 1:17CR00222-001
PERMISSION FOR DISCLOSURE OF INFORMATION
PURSUANT TO LOCAL RULE 460(b) AND/OR 461(b)**

Respectfully submitted,

/s/ Rick Tarazon

Rick Tarazon
Sr. United States Probation Officer

Dated: March 6, 2018
Fresno, California
RT

REVIEWED BY: /s/ Tim D. Mechem
Tim D. Mechem
Supervising United States Probation Officer

## ORDER OF THE COURT

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated: **March 6, 2018**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2