| | |
|---|---|
| 1 | **CAROL ANN MOSES #164193** |
| | Attorney at Law |
| 2 | 7636 N. Ingram Ave., #104 |
| | Fresno, California 93711 |
| 3 | Telephone: (559) 449-9069 |
| 4 | Facsimile: (559) 513-8530 |
| 5 | Attorney for Defendant, CASSAUNDRA MONIQUE DAVIS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00222-DAD |
| Plaintiff, | |
| v. | **REQUEST FOR RELEASE TO PROGRAM REPRESENTATIVE; TRANSPORT TO TURNING POINT OF CENTRAL CALIFORNIA; ORDER THEREON** |
| CASSAUNDRA MONIQUE DAVIS, | |
| Defendant. | |

On March 14, 2018, this Court modified Ms. Davis's special conditions to include placement in the RRC prior to sentencing so that Ms. Davis can recommence psychiatric services forthwith. Ms. Davis is agreeable to placement at a reentry center and has signed a Probation form 49, Wavier of Hearing to Modify Conditions.

On March 19, 2018, at the Status Conference held before Judge Drozd, United States Probation Officer Rick Tarazon said he is waiting for approval regarding Ms. Davis' transfer to Turning Point.

On March 20, 2019, Ms. Davis was approved to enter the Turning Point Residential Reentry Center (RRC) in Bakersfield. Bakersfield RRC does not transport clients due to staffing and transportation constraints. The United States Probation Office is able to give Ms. Davis transportation on Friday, March 23, 2018.

Because Ms. Davis has not had any medication since she was arrested on February 9,

1

2018, the Court, suggested Ms. Davis be transported by a defense investigator.

Leon Isaac, a retired parole agent, who works locally transporting defendants from the Fresno County Jail to Rehabilitation Programs throughout California is available to transport Ms. Davis to Turning Point of Central California on March 23, 2018, for a period of up to 180 days. Mr. Isaac requests he be allowed to pick Ms. Davis up from the Fresno County jail on March 22, 2018 at 7:30 AM for transport to Bakersfield.

Turning Point of Central California is located at 1101 Union Avenue Bakersfield, CA. The phone number for Turning Point is (661)-325-5774. Once at Turning Point of Central California, Ms. Davis's assigned case manager is Julie Thomas, and if Ms. Thomas is unavailable upon Ms. Davis's arrival, the Program Director, Amy Martin, will take custody of Ms. Davis.

Dated: March 20, 2018  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
CASSAUNDRA MONIQUE DAVIS

**ORDER**

Good cause appearing, the above request for defendant's release to Turning Point of Central California for a period of up to 180 days in Case Number 1:17-cr-00222-DAD is hereby granted. The court orders the following;

1. Ms. Davis shall be released from the Fresno County Jail to Leon Isaac on Thursday March 22, 2018 at 7:30 AM and transported by Mr. Isaac to Turning Point of Central California, located at 1101 Union Avenue, Bakersfield, CA. (661-325-5774)
2. After transport, Ms. Davis will be released to the custody of Turning Point of Central California, and specifically to Ms. Davis' case worker, Julie Thomas and if she is not available, to the Program Director, Amy Martin.

IT IS SO ORDERED.

Dated: **March 21, 2018**  _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE