IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:17-cr-00222-DAD |
| | ) | |
| *Plaintiff,* | ) | ORDER FOR RELEASE |
| | ) | FOR CASSAUNDRA MONIQUE DAVIS |
| *vs.* | ) | |
| | ) | |
| CASSAUNDRA MONIQUE DAVIS, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Cassundra Monique Davis shall be transported from the Laredo County Jail to the Fresno Marshal's Office and released to Probation Officer Rick Tarazon of the Federal Probation Office, on Monday, September 24, 2018, at 9:00 a.m. for transportation to the Westcare program.

IT IS SO ORDERED.

Dated: **September 20, 2018**

_____
UNITED STATES DISTRICT JUDGE